# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN RODRIGUEZ,<br><br>                      Plaintiff,<br>  vs.<br><br>CAREFUSION CORPORATION; CARDINAL HEALTH, INC.; PYXIS CORPORATION; CARDINAL HEALTH ALARIS PRODUCTS; and DOES 1 through 50, inclusive,<br><br>                      Defendant. | CASE NO. 09 CV 2137 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 10 |

Pending before the court is a joint motion to dismiss all claims with prejudice. (Doc. No. 10). Finding good cause, the court hereby GRANTS the motion. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: March 23, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge